# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0651

VERSUS

PERRY POOLER                                    **SEPTEMBER 12, 2022**

---

In Re:    Perry Pooler, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          94015.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the district court's ruling, minutes and/or a transcript from the May 11, 2022 proceeding, and any other portion of the district court record that might support the claim raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

DEPUTY CLERK OF COURT
    FOR THE COURT